# United States District Court
## EASTERN DISTRICT OF CALIFORNIA


FILED
JUN 18 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

| | |
|---|---|
| United States of America )<br>vs. )<br>Wesley Eathen Carlos )<br>) | Case No. 1:12-CR-00310-AWI-BAM-10 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, ___Wesley Eathen Carlos___, have discussed with ___Dan Stark___, Pretrial Services Officer, modifications of my release conditions as follows:

To replace the home detention component of the location monitoring program with the curfew component of the location monitoring program; the defendant's curfew shall be from 9:00 pm to 5:00 am as directed by the pretrial services officer.

All previous ordered conditions of release, not in conflict, are to remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____ 6/14/13       _____ 06/14/2013
Signature of Defendant         Date          Pretrial Services Officer         Date

I have reviewed the conditions and concur that this modification is appropriate.

_____                6/17/2013
Signature of Assistant United States Attorney    Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                6-14-13
Signature of Defense Counsel                 Date

### ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on June 18, 2013
[ ] The above modification of conditions of release is *not* ordered.

_____                June 18, 2013
Signature of Judicial Officer                Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services